## Commonwealth *v.* Hawkins, Appellant.

Argued November 12, 1973. *R. Raymond Bartholomew,* with him *Cusick, Madden, Joyce, McKay and Associates,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.